**Spencer KAMAKANA, Plaintiff—Appellant,**

v.

**Pualani KAHEAKU, in her individual capacity; Louise Akina, in her individual capacity, Defendants—Appellees.**

No. 05–16273.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 14, 2006.*

Filed Nov. 17, 2006.

William H. Brady, Esq., Rory Soares Toomey, Esq., Honolulu, HI, for Plaintiff–Appellant.

Carrie K. Okinaga, Laura Kuioka, City & County of Honolulu Corporation Counsel, Honolulu, HI, for Defendants–Appellees.

Pualani Kaheaku, JSD Division, Honolulu, HI, pro se.

Before: TROTT, WARDLAW, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

For the reasons given in the district court's careful and thorough order, the judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.